| Information to identify the case: | | |
|---|---|---|
| Debtor 1 **Steveson Flowers** | Social Security number or ITIN | **xxx–xx–1748** |
| First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 **Rosemary Flowers** (Spouse, if filing) | Social Security number or ITIN | **xxx–xx–8229** |
| First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Northern District of Illinois** | Date case filed in chapter **13** | **9/26/13** |
| Case number:   **13–37972** | Date case converted to chapter **7** | **12/29/15** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: | |
|---|---|---|---|---|---|
| 1. | Debtor's full name | Steveson Flowers | | Rosemary Flowers | |
| 2. | All other names used in the last 8 years | aka Steve Flowers | | | |
| 3. | Address | 340 155th Place Calumet City, IL 60409 | | 340 155th Place Calumet City, IL 60409 | |
| 4. | Debtor's attorney Name and address | Mohammed O Badwan Sulaiman Law Group, LTD 900 Jorie Blvd Ste 150 Oak Brook, IL 60523 | | Contact phone (630) 575–8181 Email: mbadwan@sulaimanlaw.com | |
| 5. | Bankruptcy trustee Name and address | Barry A Chatz Arnstein & Lehr 120 South Riverside Plaza Ste 1200 Chicago, IL 60606 | | Contact phone 312–876–7100 Email: bachatz@arnstein.com | |

**For more information, see page 2 >**

Case 13-37972    Doc 103    Filed 01/05/16    Entered 01/07/16 23:39:49    Desc Imaged
Certificate of Notice    Page 2 of 5
Debtor **Steveson Flowers** and **Rosemary Flowers**                    Case number **13–37972**

| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 1/5/16 |
|---|---|---|---|
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 26, 2016 at 03:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/28/16** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-37972-JBS
Steveson Flowers                                                    Chapter 7
Rosemary Flowers
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: evelyng        Page 1 of 3            Date Rcvd: Jan 05, 2016
                           Form ID: 309A        Total Noticed: 78


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2016.
```
db/jdb      +Steveson Flowers,   Rosemary Flowers,   340 155th Place,   Calumet City, IL 60409-4514
aty         +Charles L. Magerski,   Sulaiman Law Group, LTD,   900 Jorie Boulevard,   Suite 150,
              Oak Brook, IL 60523-3810
21134666   +++A.C. JAACKS CREDIT UNION AN ILLINOIS NOT FOR,   PROFIT Corporation,
              Freedman Anselmo Lindberg, LLC,   P.O Box 3216,   Naperville, IL 60566-7216
21036384    +A.C. Jaacks Credit Union,   18500 Burnham Avenue,   Lansing, IL 60438-3046
21036385    +AC Jaacks Credit Union,   755 Pulaski Road,   Calumet City, IL 60409-4030
21036386    +Acc Consumer Finance,   10770 Wateridge Circle,   San Diego, CA 92121-5805
21036387    +Account Recovery,   555 Van Reed Road,   Wyomissing, PA 19610-1756
21036390    #+Bally Total Fitness Corporation,   8700 W. Bryn Mawr Avenue,   Chicago, IL 60631-3560
21089250    +City of Chicago,   121 N Lasalle Street,   Chicago, IL 60602-1202
21036391    +Collection Professionals,   723 First Street,   La Salle, IL 61301-2535
21036393    +Community Hospital,   901 MacArthur Boulevard,   Munster, IN 46321-2959
21036392    +Community Hospital,   Po Box 3602,   Munster, IN 46321-0756
21036398    +Enhanced Recovery Co,   Po Box 3002,   Southeastern, PA 19398-3002
21036400     Equifax Information Services, LLC,   1550 Peachtree Street NW,   Atlanta, GA 30309
21036401    +Experian Information Solutions, Inc.,   475 Anton Boulevard,   Costa Mesa, CA 92626-7037
21036402    +Fairmeadows Home Health Center,   400 Kennedy Avenue,   Schererville, IN 46375-1235
21328974    +Foot Health Inst.,   c/o Collection Professionals Inc.,   P.O. Box 416,
              Lasalle, IL 61301-0416
21036403    +Foot Health Institute,   3224 Ridge Road, #101,   Lansing, IL 60438-3191
21036404    +Franciscan Home Care Service,   267 Finch Avenue,   Meriden, CT 06451-2715
21036405    +Freedman Anselmo Lindberg,   1771 W. Diehl, Suite 150,   Naperville, IL 60563-4947
21036406    +Freedman Anselmo Lindberg LLC,   Po Box 3228,   Naperville, IL 60566-3228
21036408    +Illinois Dept of Employment Security,   Harvey,   16845 South Halsted,   Harvey, IL 60426-6113
21036409    +Johnson Blumberg Asso.,   230 W. Monroe, #1125,   Chicago, IL 60606-4723
21036410    +Komyatte & Associates PC,   10351 Indianapolis Boulevard,   Highland, IN 46322-3509
21036411    +Komyatte & Casbon,   Attn: Collections Department,   9650 Gordon Drive,
              Highland, IN 46322-2980
21036412    +Litton Loan Servicing,   4828 Loop Central Drive,   Houston, TX 77081-2166
21036419     M.C.O.A.,   City of Calumet City,   Municipal Collections of America, Inc.,   3348 Ridge Road,
              Lansing, IL 60438-3112
21170808     M.C.O.A.,   Village of Lansing,   Municipal Collections of America, Inc.,   3348 Ridge Rd,
              Lansing, IL 60438-3112
21170805     M.C.O.A.,   Village of Orland Park,   Municipal Collections of America, Inc.,   3348 Ridge Rd,
              Lansing, IL 60438-3112
21036414    +MCI,   Attn: APD - Bankruptcy,   500 Technology Drive, Suite 300,
              Saint Charles, MO 63304-2225
21036415    +MCSI Inc,   7330 College Drive, Suite 108,   Palos Heights, IL 60463-1186
21185974    +Medical Specialists PC,   Komyatte & Casbon,P.C.,   9650 Gordon Drive,
              Highland, IN 46322-2909
21036418    +Midnight Velvet,   Swiss Colony Midnight Velvet,   1112 7th Ave,   Monroe, WI 53566-1364
21246673    +Midnight Velvet,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
21036421    +Mutual Hospital Services,   2525 N. Shadeland,   Indianapolis, IN 46219-1787
21036424    +NICOR Gas,   PO Box 5407,   Carol Stream, IL 60197-5407
21036425    +Northwd Coll,   3439 East Ave S,   La Crosse, WI 54601-7241
21036426    +Penn Credit,   916 S. 14th Street,   PO Box 988,   Harrisburg, PA 17108-0988
21036427    +Penn Credit Corporation,   916 S 14th Street,   Harrisburg, PA 17104-3425
21036431    +Receivable Management Services,   77 Hartland Street, Suite 401,   East Hartford, CT 06108-3253
21036432    +Receivables Management Inc.,   Attn: Bankruptcy,   3348 Ridge Road,   Lansing, IL 60438-3112
21036433    +Receivables Performance Management,   1930 220th Street SE,   Suite 101,
              Bothell, WA 98021-8410
21036434    +Reliable Recovery,   827 Gardner Street,   Joliet, IL 60433-2433
21036436    +Sears Dental Service,   4760 W. Irving Park Road,   Chicago, IL 60641
21036439    +St Margaret Mercy,   37621 Eagle Way,   Chicago, IL 60678-1376
21089251    +Sulaiman Law Group Ltd,   900 Jorie Blvd Ste 150,   Oak Brook, IL 60523-3810
21036440    +Trans Union LLC,   1561 E. Orangethorpe Avenue,   Fullerton, CA 92831-5210
21036441    +U S Dept Of Education,   Attn: Bankruptcy,   61 Forsythe Street, Room 19t89,
              Atlanta, GA 30303-8928
21573821     U.S. Department of Education,   P.O. Box 16448,   Saint Paul, MN 55116-0448
21036443    +US Department of Education,   Po Box 530260,   Atlanta, GA 30353-0260
21036444    +US Department of Education,   Potomac Center Plaza (PCP),   550 12th Street, SW,
              Washington, DC 20202-0031
21036445    +Village of Lansing,   18200 Chicago Avenue,   Lansing, IL 60438-3012
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: mbadwan@sulaimanlaw.com Jan 06 2016 01:39:46   Mohammed O Badwan,
              Sulaiman Law Group, LTD,   900 Jorie Blvd Ste 150,   Oak Brook, IL  60523
tr          +EDI: QBACHATZ.COM Jan 06 2016 01:18:00   Barry A Chatz,   Arnstein & Lehr,
              120 South Riverside Plaza Ste 1200,   Chicago, IL 60606-3941
21036388    +EDI: ACCE.COM Jan 06 2016 01:18:00   Asset Acceptance LLC,   28405 Van Dyke Avenue,
              Warren, MI 48093-7132
```

District/off: 0752-1          User: evelyng          Page 2 of 3          Date Rcvd: Jan 05, 2016
                             Form ID: 309A            Total Noticed: 78

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
21036389      +EDI: ACCE.COM Jan 06 2016 01:18:00      Asset Acceptance, LLC,   P.O. Box 2036,
               Warren, MI 48090-2036
21036394      +E-mail/Text: bankruptcy@consumerportfolio.com Jan 06 2016 01:41:43
               Consumer Portfolio Services, Inc,   Attorney in fact for Cars Financial,   PO Box 57071,
               Irvine, CA 92619-7071
21036395      +EDI: CMIGROUP.COM Jan 06 2016 01:18:00      Credit Management, LP,   4200 International Parkway,
               Carrollton, TX 75007-1912
21036396      +EDI: DRIV.COM Jan 06 2016 01:19:00      Drive Financial,   Attn: Bankruptcy Department,
               PO Box 562088,   Dallas, TX 75356-2088
21036397      +EDI: DRIV.COM Jan 06 2016 01:19:00      Drive Financial Services, LP,
               8585 North Stemmons Freeway,   Suite 900,   Dallas, TX 75247-3836
21036399      +E-mail/Text: bknotice@erccollections.com Jan 06 2016 01:41:30      Enhanced Recovery Corp,
               Attention: Client Services,   8014 Bayberry Road,   Jacksonville, FL 32256-7412
21168958       E-mail/Text: bankruptcy.bnc@gt-cs.com Jan 06 2016 01:40:42      Green Tree Servicing, LLC,
               PO BOX 6154,   Rapid City, SD 57709-6154
21036407       E-mail/Text: bankruptcy.bnc@gt-cs.com Jan 06 2016 01:40:42      GreenTree Servicing, LLC,
               345 St. Peter Street,   Saint Paul, MN 55102
21036413      +E-mail/Text: INFO@COLLECTIONBIZ.COM Jan 06 2016 01:43:05      Lou Harris Company,
               613 Academy Drive,   Northbrook, IL 60062-2420
21036416      +EDI: MID8.COM Jan 06 2016 01:18:00      Midland Credit Management, Inc.,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
21036417      +EDI: MID8.COM Jan 06 2016 01:18:00      Midland Funding,   8875 Aero Drive, Suite 200,
               San Diego, CA 92123-2255
21036420      +E-mail/Text: karaiza@mcsicollections.com Jan 06 2016 01:43:15
               Municipal Collection Services, Inc.,   7330 College Drive, Suite 108,,
               Palos Heights, IL 60463-1186
21036423      +E-mail/Text: bankrup@aglresources.com Jan 06 2016 01:39:59      Nicor Gas,   Po Box 0632,
               Aurora, IL 60507-0632
21036422      +E-mail/Text: bankrup@aglresources.com Jan 06 2016 01:39:59      Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
21036428       EDI: PRA.COM Jan 06 2016 01:18:00      Portfolio Recovery Associates,   Po box 12914,
               Norfolk, VA 23541
21036429       EDI: PRA.COM Jan 06 2016 01:18:00      Portfolio Recovery Associates LLC,   PO Box 41067,
               Norfolk, VA 23541
21036430      +EDI: PRA.COM Jan 06 2016 01:18:00      Portfolio Recovery Associates, Inc,
               120 Corporate Boulevard,   Norfolk, VA 23502-4962
21036437       EDI: NEXTEL.COM Jan 06 2016 01:18:00      Sprint,   6391 Sprint Parkway,
               Overland Park, KS 66251
21100316       EDI: NEXTEL.COM Jan 06 2016 01:18:00      Sprint Nextel,   Sprint Nextel - Correspondence,
               Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
22306631      +EDI: DRIV.COM Jan 06 2016 01:19:00      Santander Consumer USA Inc.,   P.O. Box 961245,
               Fort Worth, TX 76161-0244
21036435      +EDI: SEARS.COM Jan 06 2016 01:19:00      Sears,   Po Box 182149,   Columbus, OH 43218-2149
21036438      +EDI: NEXTEL.COM Jan 06 2016 01:18:00      Sprint,   PO Box 3827,   Englewood, CO 80155-3827
21036442      +EDI: USCELLULAR.COM Jan 06 2016 01:18:00      US Cellular,   DEPT. 0203,
               Palatine, IL 60055-0001
                                                                                    TOTAL: 26

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2016                              Signature:  /s/Joseph Speetjens

District/off: 0752-1          User: evelyng                Page 3 of 3          Date Rcvd: Jan 05, 2016
                             Form ID: 309A                Total Noticed: 78

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2016 at the address(es) listed below:

      Barry A Chatz    bachatz@arnstein.com,
      bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
      Charles L. Magerski    on behalf of Debtor 2 Rosemary  Flowers Cmagerski@sulaimanlaw.com,
      courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
      m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
      Charles L. Magerski    on behalf of Debtor 1 Steveson  Flowers Cmagerski@sulaimanlaw.com,
      courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.co
      m;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
      David  Turiciano    on behalf of Creditor   Consumer Portfolio Services, Inc. dturiciano@dmgr.com,
      shalase@dmgr.com
      Mark G Meyers    on behalf of Creditor   A.C. JAACKS CREDIT UNION mmeyers@blittandgaines.com,
      markmeyerslaw@gmail.com;bk@blittandgaines.com
      Mohammed O Badwan    on behalf of Debtor 2 Rosemary  Flowers mbadwan@sulaimanlaw.com,
      mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
      m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
      Mohammed O Badwan    on behalf of Debtor 1 Steveson  Flowers mbadwan@sulaimanlaw.com,
      mbadwan@sulaimanlaw.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.co
      m;SulaimanLaw@BestClientInc.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Rocio  Herrera    on behalf of Creditor   Green Tree Servicing LLC, as authorized servicer for
      Fannie Mae, as owner and holder of account/contract originated by Century Mortgage Corporation
      rocio@johnsonblumberg.com,  bkecfnotices@johnsonblumberg.com

                                                                  TOTAL: 9